**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Principal Life Insurance Company ) | No. CV-07-0034-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Lynette Keck, Kiley Keck, Augustus ) | |
| Keck V, AFK, Inc., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Based on stipulation of the parties, and good cause appearing,

**IT IS ORDERED** that the Clerk of Court shall distribute the funds in the Court Registry Investment System as follows:

1. Principal Life will receive $3,000 for its attorneys' fees and the Clerk of Court should issue a check in that amount made payable to **Peshkin & Kotalik, P.C.** and sent to the following address:

> Lawrence A. Peshkin
> PESHKIN & KOTALIK, P.C.
> 3030 N. Central Avenue
> Suite 1106
> Phoenix, AZ 85012

2. After deduction of Principal Life's attorneys' fees in the amount of $3,000, defendant Lynette Keck shall receive one-third of the remaining funds in the interest bearing account. Defendant Lynette Keck's check should be made payable to **Lynette Keck and Walter Wilson**, **her attorney**, and sent to the following address:

> Walter J. Wilson, Esq.
> 333 W. Broadway, Suite 200
> Long Beach, CA 90802

3. After deduction of Principal Life's attorneys' fees in the amount of $3,000, defendant Augustus Keck V shall receive one-third of the remaining funds in the interest-bearing account. Defendant Augustus Keck's check should be made payable to **Augustus Keck V and his attorney, A. James Clark**, and sent to the following address:

> A. James Clark
> Clark & Associates
> 256 S. Second Avenue
> Suite E
> Yuma, AZ 85364

4. After deduction of Principal Life's attorneys' fees in the amount of $3,000, defendant Kiley Keck shall receive one-third of the remaining funds in the interest bearing account. Defendant Kiley Keck's check should be made payable to **Kiley Keck and her attorney, A. James Clark**, and sent to the following address:

> A. James Clark
> Clark & Associates
> 256 S. Second Avenue
> Suite E
> Yuma, AZ 85364

5. Defendant AFK, Inc. shall receive none of the life insurance proceeds interplead in this action.

6. Defendants Lynette Keck, August Keck V, Kiley Keck and AFK, Inc. release all claims against each other as to the life insurance proceeds interplead in this action.

7. Principal Life is hereby discharged from any and all further liability to defendants for payment of the life insurance proceeds.

8. Upon issuance of the checks by the Clerk of Court, plaintiff's complaint shall be dismissed with prejudice.

DATED this 3rd day of August, 2007.

Stephen M. McNamee
United States District Judge